| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____    Chapter __11__ |

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Swapsy, Inc.** |
| --- | --- | --- |

| 2. | All other names debtor used in the last 8 years | **DBA  USYNO, Inc.** |
| --- | --- | --- |
|  | Include any assumed names, trade names and *doing business as* names | |

| 3. | Debtor's federal Employer Identification Number (EIN) | **82-2742938** |
| --- | --- | --- |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **17192 Murphy Avenue #19124 Irvine, CA 92623** | **PO Box 19124 Irvine, CA 92623** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** | Location of principal assets, if different from principal place of business |
| County | **https://aws.amazon.com/ The cloud with Amazon Web Services** |
|  | Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | **https://swapsy.com/** |
| --- | --- | --- |

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Swapsy, Inc.** _____  Case number (*if known*) _____
        Name

**7.  Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5231

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Swapsy, Inc.**                                                    Case number (*if known*) _____
_____ Name

**10.  Are any bankruptcy cases**    ■ No
     **pending or being filed by a**    ☐ Yes.
     **business partner or an**
     **affiliate of the debtor?**

List all cases. If more than 1,
attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11.  Why is the case filed in**    *Check all that apply:*
     ***this district?***
                                    ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                        preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                    ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**    ■ No
     **have possession of any**    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **real property or personal**
     **property that needs**
     **immediate attention?**    **Why does the property need immediate attention?** (*Check all that apply.*)

                                ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                    What is the hazard? _____

                                ☐ It needs to be physically secured or protected from the weather.

                                ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                    livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                ☐ Other _____

                                **Where is the property?** _____
                                                        Number, Street, City, State & ZIP Code

                                **Is the property insured?**

                                ☐ No

                                ☐ Yes.  Insurance agency _____

                                        Contact name _____

                                        Phone _____

▬▬▬  **Statistical and administrative information**

**13.  Debtor's estimation of**    .    *Check one:*
     **available funds**
                                    ■  Funds will be available for distribution to unsecured creditors.

                                    ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**    ■ 1-49            ☐ 1,000-5,000        ☐ 25,001-50,000
     **creditors**              ☐ 50-99           ☐ 5001-10,000        ☐ 50,001-100,000
                                ☐ 100-199         ☐ 10,001-25,000      ☐ More than100,000
                                ☐ 200-999

**15.  Estimated Assets**    ■ $0 - $50,000                ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                            ☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                            ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                            ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16.  Estimated liabilities**    ☐ $0 - $50,000          ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion

Debtor    **Swapsy, Inc.**                                    Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Swapsy, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  6, 2023**
                     MM / DD / YYYY

**X** /s/ Mark Ma                                    **Mark Ma**
Signature of authorized representative of debtor        Printed name

Title    **Shareholder**

**18. Signature of attorney**

**X** /s/ Andy C. Warshaw                          Date **April  6, 2023**
Signature of attorney for debtor                          MM / DD / YYYY

**Andy C. Warshaw**
Printed name

**Financial Relief Law Center, APC**
Firm name

**1200 Main St., Suite C**
**Irvine, CA 92614**
Number, Street, City, State & ZIP Code

Contact phone    **714-442-3319**        Email address    **awarshaw@bwlawcenter.com**

**263880 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      __Swapsy, Inc.__

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __April  6, 2023__          X /s/ Mark Ma
                                           Signature of individual signing on behalf of debtor

                                           **Mark Ma**
                                           Printed name

                                           **Shareholder**
                                           Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Swapsy, Inc.** | |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mucker Capital 202 Bicknell Ave. Santa Monica, CA 90405** | | **Convertible note** | | | | **$190,000.00** |
| **Mucker Capital 202 Bicknell Ave. Santa Monica, CA 90405** | | **Convertible note** | | | | **$150,000.00** |
| **Dehan Cai 706 Rockefeller Irvine, CA 92612** | | **Convertible note** | | | | **$100,000.00** |
| **Andy Ballester 2405 Bancroft Ave. San Diego, CA 92104** | | **Convertible note** | | | | **$100,000.00** |
| **John Ly 601 S. Figueroa St. #1950 Los Angeles, CA 90017** | | **Arbitration attorney fees** | **Disputed** | | | **$73,675.00** |
| **Eric V. Luedke, Esq. The Law Offices of Eric V. Luedtke 3230 E. Imperial Hwy #208 Brea, CA 92821** | | **Attorney Fees** | | | | **$45,000.00** |
| **Xin Li c/o John Ly, Esq. 601n South Figueroa Street Suite 1950 Los Angeles, CA 90017** | | **Arbitration award** | **Disputed** | | | **$20,612.63** |

| Debtor | **Swapsy, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Community Fund I, LLC**<br>**1314 7th St. Suite 600**<br>**Santa Monica, CA 90401** | | **Convertible note** | | | | **$20,000.00** |
| **UC San Diego Foundation**<br>**9500 Gilman Dr.**<br>**La Jolla, CA 92093** | | **Convertible note** | | | | **$20,000.00** |
| **Amazon Web Services, Inc.**<br>**410 Terry Ave. North**<br>**Seattle, WA 98109-5210** | | **Web services** | | | | **$368.11** |
| **He Yang and Wenhua Yu**<br>**c/o John Ly**<br>**601 S. Figueroa St. Suite 1950**<br>**Los Angeles, CA 90017** | | **Complaint** | **Unliquidated Disputed** | | | **$0.00** |
| **Tiangxuan Kang**<br>**c/o Lian Ly LLP**<br>**601 South Figueroa Street**<br>**Suit 1950**<br>**Los Angeles, CA 90017** | | **Labor claim** | **Unliquidated Disputed** | | | **$0.00** |

# United States Bankruptcy Court
## Central District of California

In re  **Swapsy, Inc.** _____

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dingsheng Deng**<br>**17192 Murphy Ave.**<br>**#19124**<br>**Irvine, CA 92623** | | | **15%** |
| **Mark Ma**<br>**17192 Murphy Ave.**<br>**#19124**<br>**Irvine, CA 92623** | | | **17.125** |
| **Tao Yu**<br>**17192 Murphy Ave.**<br>**#19124**<br>**Irvine, CA 92623** | | | **10%** |
| **Wenhua Sandi Wu**<br>**c/o John K. Ly**<br>**601 South Figueroa St., Suite 1950**<br>**Los Angeles, CA 90017** | | | **7.8750** |
| **Ying Sun**<br>**888 Prspect St Suite 200**<br>**La Jolla, CA 92037** | | | **7%** |
| **Yunzhou Wu**<br>**17192 Murphy Ave.**<br>**#19124**<br>**Irvine, CA 92623** | | | **43%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Shareholder** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 6, 2023** _____

Signature  **/s/ Mark Ma** _____

**Mark Ma**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None.**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Irvine, CA**                          , California.

Date:  **April  6, 2023**

/s/ Mark Ma
**Mark Ma**
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                    Page 1          **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    **Swapsy, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*............................................................................................   $     **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.........................................................................................   $     **14,203.00**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..........................................................................................   $     **14,203.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$     **719,655.74**

4.   Total liabilities ................................................................................................................
    Lines 2 + 3a + 3b        $     **719,655.74**

**Fill in this information to identify the case:**

Debtor name     **Swapsy, Inc.**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.          **Cash on hand** | **$2,485.00** |

3.          **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4.          **Other cash equivalents** *(Identify all)*

| 5.          **Total of Part 1.** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$2,485.00** |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.          **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.     **Comerica checking ending 3221** | **$8,218.00** |
|---|---|

8.          **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 9.          **Total of Part 2.** Add lines 7 through 8. Copy the total to line 81. | **$8,218.00** |
|---|---|

| Part 3: | Accounts receivable |
|---|---|

Debtor  **Swapsy, Inc.**
        <sub>Name</sub>                                          Case number *(If known)* _____

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.     **Patents, copyrights, trademarks, and trade secrets**

| Debtor | **Swapsy, Inc.** | | Case number *(If known)* | |
|--------|------------------|--|--------------------------|--|
| | Name | | | |

**Trademark on Swapsy**

**The PTO indicates that it is under CLASS 36:
Financial services, namely, conducting an
online exchange of interest rate products via
the internet and intranet systems; Financial
services, namely, providing for the exchange
of foreign currency, commodities, financial
derivatives, interest rate products, and
equities via the internet and intranet systems;
Providing financial consultation services to
electronic wallet users in the US and overseas
utilizing currency exchange platform to fulfill
users' monetary needs through matching and
exchanging currency with other verified users
of the platform without the intermediary
financial institutions. THE MARK CONSISTS
OF STANDARD CHARACTERS WITHOUT
CLAIM TO ANY PARTICULAR FONT STYLE,
SIZE OR COLOR.**                    $0.00                    $500.00

**Trademark on style / mark for Swapsy.
CLASS 36: Financial services, namely,
conducting an online exchange of interest rate
products via the internet and intranet systems;
Financial services, namely, providing for
the exchange of foreign currency,
commodities, financial derivatives, interest
rate
products, and equities via the internet and
intranet systems; Providing financial
consultation services to electronic wallet
users in the US and overseas utilizing
currency
exchange platform to fulfill users' monetary
needs through matching and exchanging
currency with other verified users of the
platform without the intermediary financial
institutions
FIRST USE 6-1-2017; IN COMMERCE 6-1-2018
The colors light blue, dark blue, green, yellow,
orange and red are claimed as a feature
of the mark.
The mark consists of highly stylized letter "S"
in upper case and "Y" in lower case. The
letter "S" appears in light blue, green, yellow,
orange and red and the letter "Y" is only
in light blue. Two sets of light blue eyes
formed from semi-circles and circles appears
within these letters. To the right of these two
letters is the word "SWAPSY" in light
blue. The background appears in dark blue.
SER. NO. 90-637,027, FILED 04-10-2021**           $0.00                    $500.00

| 61. | **Internet domain names and websites
Swapsy.com
theswapsy.com** | $0.00 | | $1,500.00 |

62.    **Licenses, franchises, and royalties**

Debtor   **Swapsy, Inc.**                                         Case number *(If known)* _____
         <sub>Name</sub>

63.   **Customer lists, mailing lists, or other compilations**
      **The Debtor has approximately 80,000**
      **registered users.**                                    **$0.00**                                    **Unknown**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**
      **The Debtor has users on its database that it**
      **considers goodwill has not**
      **been professionally valued.  The Debtor's**
      **database includes approximately 80,000**
      **registered users.**                                    **Unknown**                    **Unknown**

66.   **Total of Part 10.**                                                                   **$2,500.00**

      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                              Current value of
                                                                              debtor's interest

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit**
      **has been filed)**
      **The Debtor has potential claims or counterclaims**
      **against Xin Li, Whenhua Yu, He Yang, and Yanghe.**                            **Unknown**

      Nature of claim          **Responsive pleadings or**
                               **actions in pending cases or**
                               **other**

      Amount requested                    **$0.00**

75.   **Other contingent and unliquidated claims or causes of action of**

Debtor     __Swapsy, Inc._____          Case number *(If known)* _____

Name

**every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
        **The Debtor receives daily payments from customers who purchase credits through NM Merchant Services.**                                  $1,000.00

---

78.     **Total of Part 11.**                                                                          $1,000.00

        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

        ■ No
        ☐ Yes

Debtor    **Swapsy, Inc.**                                  Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,485.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $8,218.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,500.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $14,203.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $14,203.00 |

**Fill in this information to identify the case:**

Debtor name **Swapsy, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name __**Swapsy, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Amazon Web Services, Inc.**<br>**410 Terry Ave. North**<br>**Seattle, WA 98109-5210**<br><br>Date(s) debt was incurred __**Monthly**__<br><br>Last 4 digits of account number __**7054**__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __**Web services**__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $368.11 |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Andy Ballester**<br>**2405 Bancroft Ave.**<br>**San Diego, CA 92104**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __**Convertible note**__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $100,000.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Community Fund I, LLC**<br>**1314 7th St. Suite 600**<br>**Santa Monica, CA 90401**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __**Convertible note**__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $20,000.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Dehan Cai**<br>**706 Rockefeller**<br>**Irvine, CA 92612**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __**Convertible note**__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $100,000.00 |

| Debtor | Swapsy, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5**

**Nonpriority creditor's name and mailing address**
**Eric V. Luedke, Esq.**
**The Law Offices of Eric V. Luedtke**
**3230 E. Imperial Hwy #208**
**Brea, CA 92821**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$45,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorney Fees**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.6**

**Nonpriority creditor's name and mailing address**
**He Yang and Wenhua Yu**
**c/o John Ly**
**601 S. Figueroa St.**
**Suite 1950**
**Los Angeles, CA 90017**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **TCJC**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Complaint**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.7**

**Nonpriority creditor's name and mailing address**
**John Ly**
**601 S. Figueroa St. #1950**
**Los Angeles, CA 90017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$73,675.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Arbitration attorney fees**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.8**

**Nonpriority creditor's name and mailing address**
**Mucker Capital**
**202 Bicknell Ave.**
**Santa Monica, CA 90405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$190,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible note**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.9**

**Nonpriority creditor's name and mailing address**
**Mucker Capital**
**202 Bicknell Ave.**
**Santa Monica, CA 90405**

Date(s) debt was incurred  **July 1, 2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$150,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible note**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.10**

**Nonpriority creditor's name and mailing address**
**Tiangxuan Kang**
**c/o Lian Ly LLP**
**601 South Figueroa Street**
**Suit 1950**
**Los Angeles, CA 90017**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **3541**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Labor claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11**

**Nonpriority creditor's name and mailing address**
**UC San Diego Foundation**
**9500 Gilman Dr.**
**La Jolla, CA 92093**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$20,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Swapsy, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,612.63 |
|---|---|---|---|

**Xin Li**
**c/o John Ly, Esq.**
**601n South Figueroa Street**
**Suite 1950**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Arbitration award**

Last 4 digits of account number **1233**

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Labor & Workforce Development Agncy**<br>**Attn: PAGA Administrator**<br>**1515 Clay Street, Suite 801**<br>**Oakland, CA 94612** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Li Xin**<br>**13403 Newcastle Commons Dr.**<br>**Apt 205**<br>**Renton, WA 98059** | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Mau Shaver**<br>**9500 Gilman Drive #0940**<br>**La Jolla, CA 92093-0940** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Tiangxuan Kang**<br>**3385 Michelson Dr.**<br>**Irvine, CA 92612** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 719,655.74 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 719,655.74 |

**Fill in this information to identify the case:**

Debtor name   **Swapsy, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Legal services** |
|         State the term remaining | **Eric V. Luedke, Esq.p**<br>**The Law Offices of Eric V. Luedtke**<br>**3230 E. Imperial Hwy #208**<br>**Brea, CA 92821** |
|         List the contract number of any government contract | |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | **Independent contractor agreement subject to termination at any time.** |
|         State the term remaining | **Mark Ma**<br>**17192 Murphy Avenue**<br>**#19124**<br>**Irvine, CA 92623** |
|         List the contract number of any government contract | |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | **888 Prospect Street San Diego, CA Regus.com rental for office address through October 2023** |
|         State the term remaining | **Regus Management Group, LLC**<br>**15305 Dallas Parkway**<br>**12th Floor**<br>**Addison, TX 75001** |
|         List the contract number of any government contract | |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest | **at-will Employment** |
|         State the term remaining | **Tao Yu**<br>**17192 Murphy Avenue**<br>**#19124**<br>**Irvine, CA 92623** |
|         List the contract number of any government contract | |

Debtor 1    **Swapsy, Inc.**
   First Name    Middle Name    Last Name    Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **at-will employment** | |
| | State the term remaining | | **Ying Sun**<br>**19192 Murphy Ave.**<br>**#19124**<br>**Irvine, CA 92623** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Independent contractor agreement subject to termination at any time.** | |
| | State the term remaining | | **Yu He**<br>**4145 Paseo Montanas**<br>**San Diego, CA 92130** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Independent contractor agreement subject to termination at any time.** | |
| | State the term remaining | | **Yunzhou Wu**<br>**19192 Murphy Ave.**<br>**#19124**<br>**Irvine, CA 92623** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  **Swapsy, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Tao Yu** | **17192 Murphy Avenue #19124 Irvine, CA 92623 This individual resides in San Diego Couunty but will receive notice here.** | **He Yang and Wenhua Yu** | ☐ D _____ ■ E/F ___3.6___ ☐ G _____ |
| 2.2 | **Tianu Mark Ma** | **17192 Murphy Avenue #19124 Irvine, CA 92623 This individual resides in Orange County and will receive notice here.** | **He Yang and Wenhua Yu** | ☐ D _____ ■ E/F ___3.6___ ☐ G _____ |
| 2.3 | **Yunzhou Wu** | **17192 Murphy Avenue #19124 Irvine, CA 92623 This individual is abroad but will receive notice by this address.** | **He Yang and Wenhua Yu** | ☐ D _____ ■ E/F ___3.6___ ☐ G _____ |
| 2.4 | **Yunzhou Wu** | **17192 Murphy Avenue #19124 Irvine, CA 92623** | **Tiangxuan Kang** | ☐ D _____ ■ E/F ___3.10___ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Swapsy, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$120,444.00** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$356,677.00** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other **Gross Receipts or Sales** | **$412,265.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | Swapsy, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Yunzhou Wu**<br>**7703 Cullen St.**<br>**San Diego, CA 92111**<br>**Board member, President, Founder** | **April 29, 2022: $3,000 (Operational Cost)**<br>**May 31, 2022: $3,000 (Operational Cost)**<br>**June 30, 2022: $3,000 (Operational Cost)**<br>**July 31, 2022: $3,000 (Operational Cost)**<br>**August 31, 2022: $3,000 (Operational Cost)**<br>**January 19, 2023: $6,000 (Operational Cost)**<br>**February 3, 2023: $6,000 (Operational Cost)**<br>**March 3, 2023: $6,000 (Operational Cost)** | **$33,000.00** | **Draws in the regular course of business** |
| 4.2. | **Yin Sun**<br>**7675 Palmilla Drive 6321**<br>**San Diego, CA 92122**<br>**CEO** | **semi-monthly pay 2023: YTD $9,624 2022: $27,268 paid from April 2022 - December 2022** | **$36,892.00** | **Payroll** |

Debtor    **Swapsy, Inc.**                                              Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3. **Mark Ma**<br>**17192 Murphy Avenue**<br>**PO Box 19124**<br>**Irvine, CA 92623**<br>**Shareholder** | **April 5, 2022: $7,000**<br>**May 5, 2022: $7,000**<br>**June 3, 2022: $7,000**<br>**July 5, 2022: $7,000**<br>**August 5, 2022: $7,000**<br>**December 5, 2022: $5,000**<br>**December 15, 2022: $5,000**<br>**January 5, 2023: $5,000**<br>**February 3, 2023: $5,000**<br>**February 23, 2023: $5,000**<br>**March 3, 2023: $5,000** | **$65,000.00** | **contractor payments in the regular course of business** |
| 4.4. **Tao Yu**<br>**1018 Oak Hill Drive**<br>**Chula Vista, CA 91915**<br>**Shareholder** | **semi-monthly pay 2023: YTD $34,800**<br>**2022: $27,268 paid from April 2022 - Decembrer 2022** | **$42,100.00** | **Payroll** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    **Swapsy, Inc.**                                    Case number *(if known)*

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **In the Matter of Arbitration between Xin Li v. Swapsy, Inc., and Yunzhou Wu**<br>AAA Case No. 01-20-0000-1233 | **Arbitration, Decision and Award** | **American Arbitration Association** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **He Yang and Wenhua Yu vs. Yunzhou Wu and Swapsy, Inc.**<br>30-2019-01116609-CU-WT-CJC | **Complaint** | **Superior Court for the County of Orange**<br>**700 Civic Center Dr. West**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **In the Matter of the Complaint of He Yang vs. Swapsy, Inc.**<br>DFEH No. 201912-08490705 | **California Fair Employment and Housing Act** | **Before the State of California Departmen**<br>**NA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Tingxuan Kang v. Swapsy, Inc.**<br>30-2020-01123541-CU-OE-NJC | **Complex Civil** | **Orange County Superior Court**<br>**North Justice Center**<br>**1275 North Berkeley Avenue**<br>**Fullerton, CA 92832** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Debtor    **Swapsy, Inc.**                                                          Case number *(if known)*

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **Two separate payments in March of 2023** | |
| | **Financial Relief Law Center, APC** **1200 Main St.** **Suite C** **Irvine, CA 92614** | | **$32,262 in labor** **$1,738 filing fee** **$34,000 total** | **$32,262.00** |
| | Email or website address **www.bwlawcenter.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor  **Swapsy, Inc.**                                        Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained.

   **https://swapsy.com/privacy-policy**

   **When you create an Account, Swapsy, Inc. will collect Personal Information, which may include:**

   **Name**
   **Mailing address**
   **Email address**
   **Telephone number**
   **Bank account number**
   **Credit or debit card number**
   **Date of birth**
   **Social security number (or other government-issued identification numbers)**
   **Information listed on various forms of government-issued forms of identification**

   Does the debtor have a privacy policy about that information?
   ☐ No
   ☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

|  | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase**<br>**La Jolla Village Center**<br>**8807 Villa La Jolla Dr.**<br>**La Jolla, CA 92037** | **XXXX-9186** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **March 31, 2023** | **$2,485.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Swapsy, Inc.**                                    Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

| Debtor | Swapsy, Inc. | Case number *(if known)* | |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Leaf & Cole, LLP**<br>**c/o Jennifer S. Kinnard**<br>**2810 Camino Del Rio South, Suite 200**<br>**San Diego, CA 92108** | **2017 - current** |
| 26a.2. | **Rise Consulting**<br>**11848 Bernando Plaza CT STE 230**<br>**San Diego, CA 92128** | **2017- current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Ma** | **17192 Murphy Ave.**<br>**#19124**<br>**Irvine, CA 92623** | **Shareholder** | **17.1250%** |

Debtor    **Swapsy, Inc.**                                             Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Yunzhou Wu | 17192 Murphy Ave. #19124 Irvine, CA 92623 | Shareholder | 43% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Dingsheng Deng | 17192 Murphy Ave. #19124 Irvine, CA 92623 | Shareholder | 15% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Tao Yu | 17192 Murphy Ave. #19124 Irvine, CA 92623 | Shareholder | 10% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Wenhua Sandi Yu | c/o John K. Ly 601 South Figueroa St., Suite 1950 Los Angeles, CA 90017 | Shareholder | 7.8750% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Ying Sun | 888 Prospect St. Suite 200 La Jolla, CA 92037 | CEO | 7% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
□ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
□ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
□ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
□ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **9**

Debtor   **Swapsy, Inc.** _____     Case number *(if known)* _____

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  6, 2023** _____

/s/ Mark Ma _____     **Mark Ma** _____
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **Shareholder** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re **Swapsy, Inc.** _____  Case No. _____

Debtor(s)  Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **32,262.00** |
| Prior to the filing of this statement I have received | $ | **32,262.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor    ☑ Other (specify):    **This is an hourly engagement subject to the Court's entry of an order approving the Application to Employ Financial Relief Law Center, APC on behalf of the Debtor in Possession.**

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April  6, 2023** _____          **/s/ Andy C. Warshaw**
_Date_                                            **Andy C. Warshaw**
                                                  _Signature of Attorney_
                                                  **Financial Relief Law Center, APC**
                                                  **1200 Main St., Suite C**
                                                  **Irvine, CA 92614**
                                                  **714-442-3319  Fax: 714-361-5380**
                                                  **awarshaw@bwlawcenter.com**
                                                  _Name of law firm_

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Andy C. Warshaw**<br>**1200 Main St., Suite C**<br>**Irvine, CA 92614**<br>**714-442-3319 Fax: 714-361-5380**<br>California State Bar Number: **263880 CA**<br>awarshaw@bwlawcenter.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Swapsy, Inc.**<br><br><br><br><br><br><br>                                      Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _**3**_ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **April 6, 2023** _____

/s/ **Mark Ma**
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **April 6, 2023** _____

/s/ **Andy C. Warshaw**
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

Swapsy, Inc.
PO Box 19124
Irvine, CA 92623


Andy C. Warshaw
Financial Relief Law Center, APC
1200 Main St., Suite C
Irvine, CA 92614


Amazon Web Services, Inc.
410 Terry Ave. North
Seattle, WA 98109-5210


Andy Ballester
2405 Bancroft Ave.
San Diego, CA 92104


Community Fund I, LLC
1314 7th St. Suite 600
Santa Monica, CA 90401


Dehan Cai
706 Rockefeller
Irvine, CA 92612


Eric V. Luedke, Esq.
The Law Offices of Eric V. Luedtke
3230 E. Imperial Hwy #208
Brea, CA 92821


He Yang and Wenhua Yu
c/o John Ly
601 S. Figueroa St.
Suite 1950
Los Angeles, CA 90017

John Ly
601 S. Figueroa St. #1950
Los Angeles, CA 90017


Labor & Workforce Development Agncy
Attn: PAGA Administrator
1515 Clay Street, Suite 801
Oakland, CA 94612


Li Xin
13403 Newcastle Commons Dr.
Apt 205
Renton, WA 98059


Mark Ma
17192 Murphy Avenue
#19124
Irvine, CA 92623


Mau Shaver
9500 Gilman Drive #0940
La Jolla, CA 92093-0940


Mucker Capital
202 Bicknell Ave.
Santa Monica, CA 90405


Regus Management Group, LLC
15305 Dallas Parkway
12th Floor
Addison, TX 75001


Tao Yu
17192 Murphy Avenue
#19124
Irvine, CA 92623

Tiangxuan Kang
c/o Lian Ly LLP
601 South Figueroa Street
Suit 1950
Los Angeles, CA 90017


Tiangxuan Kang
3385 Michelson Dr.
Irvine, CA 92612


UC San Diego Foundation
9500 Gilman Dr.
La Jolla, CA 92093


Xin Li
c/o John Ly, Esq.
601n South Figueroa Street
Suite 1950
Los Angeles, CA 90017


Ying Sun
19192 Murphy Ave.
#19124
Irvine, CA 92623


Yu He
4145 Paseo Montanas
San Diego, CA 92130


Yunzhou Wu
19192 Murphy Ave.
#19124
Irvine, CA 92623

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address

**Andy C. Warshaw**
**1200 Main St., Suite C**
**Irvine, CA 92614**
**714-442-3319 Fax: 714-361-5380**
California State Bar Number: **263880 CA**
awarshaw@bwlawcenter.com

FOR COURT USE ONLY

☑ *Attorney for:*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

**Swapsy, Inc.**

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER:   **11**

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Mark Ma**                                            , the undersigned in the above-captioned case, hereby declare
         *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:
☑ I am the president or other officer or an authorized agent of the Debtor corporation
☐ I am a party to an adversary proceeding
☐ I am a party to a contested matter
☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
*[For additional names, attach an addendum to this form.]*

b.     ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

__April 6, 2023_____          By: _____
Date                                                                          Signature of Debtor, or attorney for Debtor

                                                                        Name:  __Mark Ma_____
                                                                                   Printed name of Debtor, or attorney for
                                                                                   Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                          **F 1007-4.CORP.OWNERSHIP.STMT**